IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EMMETT SIGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv172-MHT |
| | ) | (WO) |
| BLAKE TURMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate
at the Covington County Jail, filed this lawsuit
asserting that jail officials failed to protect him
from a severe beating by other inmates and that he has
been denied appropriate medical care for his resulting
injuries. This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge
that plaintiff's claims against certain defendants be
dismissed. There are no objections to the
recommendation. After an independent and de novo
review of the record, the court concludes that the
magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of April, 2024.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE