IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EMMETT SIGERS,                 )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )        2:23cv172-MHT
                               )            (WO)
BLAKE TURMAN, et al.,          )
                               )
     Defendants.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 29) is adopted.

(2) Plaintiff's claims against defendant Covington County Jail are dismissed with prejudice, and it is terminated as a party to this action.

(3) Plaintiff's claims against defendants Austin Parker, Tyler Peters, Roy Hutchinson, Neal Ainsworth, and James Haney are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m), or

alternatively for failure to prosecute the claims against said defendants.

No costs are taxed.

Plaintiff's claims against defendants Blake Turman, Thomas Huggins, Southern Health Partners, and Nurse Marjorie (Majorie Miller) remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 22nd day of April, 2024.

                                                /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**